IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELITA SAMPLE, | No. C 09-01416 SI |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SIGN COMPLAINT** |
| v. | |
| DEPUTY MATTERSON, | |
| Defendant. | |

Plaintiff filed a complaint on April 1, 2009. The complaint is not signed. Federal Rule of Civil Procedure 11(a) requires that every paper filed in an action shall be signed by the attorney of record. If a party is not represented by an attorney, the party must sign his or her own filings. Fed. R. Civ. Pro. 11(a). The Court must strike any unsigned paper unless the omission of the signature is corrected promptly after being called to the party's attention. *Id.* The clerk is directed to send a copy of the complaint to plaintiff. Plaintiff shall sign and file the complaint promptly. Only thereafter will the Court review the other matters presented by plaintiff, including her application to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: April 8, 2009

SUSAN ILLSTON
United States District Judge