IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELITA SAMPLE,                          No. C 09-1416 SI

       Plaintiff,                  **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND NOTICE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

   v.

MATTERSON,

       Defendant.
                                 /

       A case management conference was held in this case on July 17, 2009. Plaintiff failed to appear for the case management conference and failed to confer with defendant in preparing a case management statement.

       The Court has now scheduled a second case management conference for August 18, 2009 at 3:30 pm. **If plaintiff fails to appear on August 18 or fails to confer with opposing counsel in preparing a case management statement, the Court will consider dismissing this case without prejudice for failure to prosecute**.

       **IT IS SO ORDERED.**

Dated: July 17, 2009

                                                        SUSAN ILLSTON
                                                        United States District Judge