# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| FELITA SAMPLE, | No. C 09-01416 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| MATTERSON, | |
| Defendant. | |
| _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 9, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 11, 2009.

DESIGNATION OF EXPERTS: 10/19/09; REBUTTAL: 11/2/09.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 11, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by February 19, 2010;

        Opp. Due March 5, 2010;  Reply Due March 12, 2010;

         and set for hearing no later than March 26, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 18, 2010 at 3:30 PM.

JURY TRIAL DATE: June 1, 2010 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court will refer plaintiff to the Court's Assisted Settlement Conference Program.
 (SEE MATERIALS ATTACHED)
The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____                    _____
                                                   SUSAN ILLSTON
                                                   United States District Judge