**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELITA SAMPLE,                                           No. C 09-01416 SI

      Plaintiff,                                                **ORDER**

  v.

MATTERSON,

      Defendant.
                                    /

      IT IS HERE BY ORDERED that the referral to the Court's Assisted Settlement Conference Program is hereby withdrawn.

**IT IS SO ORDERED.**

Dated:

SUSAN ILLSTON
United States District Judge